**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**GEORGE PAGE**                                                          **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 1:22-cv-181-TBM-RPM**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on the submission of the Report and Recommendation [12] entered by United States Magistrate Judge Robert P. Myers on November 13, 2023. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's claims are DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 12th day of March, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE